UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 05-30988 |
|---|---|
| WILLIAM RALPH MCBRIDE | (Chapter 13) |
| MARSHA SUE MCBRIDE | |
| Debtors | JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4010037**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 14/ 27 | MIDWEST VERIZON WIRELESS<br>AFNI VERIZON WIRELESS<br>404 BROCK DRIVE<br>BLOOMINGTON, IL  61701 | 0.18 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 4/14/2010

Certificate of Service 05-30988

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH 43215

WILLIAM RALPH MCBRIDE
MARSHA SUE MCBRIDE
345 EAST MARKET STREET
GERMANTOWN, OH 45327

RICHARD E WEST
195 E CENTRAL AVE
BOX 938
SPRINGBORO, OH 45066

(28.1n)
B FIRST LLC
MAIL STOP 550
2101 FOURTH AVENUE SUITE 1030
SEATTLE, WA 98121

(29.1n)
ECAST SETTLEMENT CORPORATION
BOX 35480
NEWARK, NJ 07193

(27.1)
MIDWEST VERIZON WIRELESS
AFNI VERIZON WIRELESS
404 BROCK DRIVE
BLOOMINGTON, IL 61701

Jeffrey M. Kellner BY   /s/ Jeffrey M. Kellner   cs